UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES FARRELL,

    Plaintiff,

v.

HARVEY ELAM FAIR VALUE APPRAISAL SERVICES, et al.,

    Defendants.

                                  /

Case No. 11-cv-12368

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS** (docket nos. 27 & 28), **AND GRANTING DEFENDANTS' MOTIONS TO DISMISS** (docket nos. 8 & 19)

    This matter is before the Court on Defendants Wells Fargo Home Mortgage, Inc., Melanie Deeds, and Trott & Trott, P.C.'s motions to dismiss. ECF Nos. 8 & 19. The Court referred the motions to a magistrate judge, who issued a separate Report and Recommendation for each motion. ECF Nos. 27 & 28. The magistrate judge recommends granting Defendants' motions and dismissing Plaintiff's complaint with prejudice as to these Defendants.

    Copies of the Reports were served upon the parties on February 29, 2012. Pursuant to Civil Rule 72(b)(2), each party had fourteen days from that date in which to file any specific written objections to the recommended disposition. Neither party has filed any objections, therefore de novo review of the magistrate judge's findings are not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to")*.*

Having reviewed the file and the Reports and Recommendations, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the findings and conclusions contained in the Reports, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the Reports and Recommendations of February 29, 2012 (docket nos. 27 & 28) are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (docket nos. 8 & 19) are **GRANTED**.

**SO ORDERED**.

                                        s/Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: March 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2012, by electronic and/or ordinary mail.

                                        Carol Cohron
                                        Case Manager